UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
Jill Jones-Soderman,                                    :       ORDER
                                                        :
                        Petitioner,                     :
        -against-                                       :
                                                        :       09 Civ. 3185 (LMS)
Richard S. Mazawey, Esq., Richard S.                    :
Mazawey (personal and individual                        :
capacity), Law Office of Richard                        :
Mazawey, Esq., Malpractice Insurance                    :
Carrier of Richard Mazawey, Esq.,                       :
spouse of Richard Mazawey,                              :
                                                        :
                        Defendants.                     :
                                                        :
--------------------------------------------------------X

LISA MARGARET SMITH, U.S.M.J.

        On January 6, 2012, Plaintiff filed her opposition papers to Defendants' motion for summary judgment. Defendants shall serve and file reply papers, if any, no later than February 3, 2012.

        The in-person conference that was originally scheduled for February 10, 2012, at 10:00 a.m. is hereby rescheduled to March 30, 2012, at 10:00 a.m.

                                SO ORDERED.

                                _____
                                LISA MARGARET SMITH
                                United States Magistrate Judge
                                Southern District of New York

Dated: January 9, 2012
        White Plains, New York