UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jill Jones-Soderman

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Richard S. Mazawey, Esq., Richard S. Mazawey (Personal and Individual Capacity), Law Office of Richard Mazawey, Esq., Malpractice Insurance Carrier of Richard Mazawey, Esq., spouse of Richard Mazawey,

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

09 Civ. 3185 (LMS) ( )

**AFFIRMATION OF SERVICE**

I, Amanda Raines _____, declare under penalty of perjury that I have
          *(name)*

served a copy of the attached SUPPORTING REPLY MEMO OF LAW
                               *(document you are serving)*

upon Jill Jones-Soderman _____ whose address is 30 Greycourt Ave,
        *(name of person served)*

Chester, NY 109018
*(where you served document)*

by First Class Mail
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  New York         , NY
        *(town/city)*    *(state)*

        February    3    , 2012
        *(month)*  *(day)* *(year)*

_____
Signature

c/o Wilson Elser, 150 East 42nd Street
*Address*

New York, NY
*City, State*

10017
*Zip Code*

212-490-3000
*Telephone Number*

*Rev. 05/2010*